IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **RACHEL SIMMONS,**<br><br>                                                Plaintiff,<br><br>v.<br><br>**CORRECTIONAL OFFICER RODRIGUEZ, et al.,**<br><br>                                                Defendants. | 1:15-cv-00818-JAM-EPG<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME FOR FILING JOINT STATUS REPORT**<br><br>Judge:          Hon. John A. Mendez<br>Trial Date:    Not Set<br>Action Filed:  May 28, 2015 |

Good cause having been shown, the parties' joint motion to extend time for filing the joint status report is granted.  The Order Requiring Joint Status Report (ECF No. 14) is vacated.  The Court will issue a new order requiring the Rule 26(f) discovery plan and joint status report to occur after Defendants' motion to dismiss is resolved and there is an operative complaint.

IT IS SO ORDERED.


Dated:  December 2, 2015            /s/ John A. Mendez
                                    John A. Mendez
                                    United States District Court Judge

SA2015301245
32298990.doc

1