**LAW OFFICES OF JULIA M. YOUNG**
**JULIA M. YOUNG, SBN 225077**
4120 Douglas Blvd., Suite 306-494
Granite Bay, CA 95746
Tel:  (916) 296-0786
Fax:  (916) 914-1997
*juliayoung21@hotmail.com*

Attorney for Plaintiff
RACHEL SIMMONS

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL SIMMONS, | Case No.: 1:15-cv-00818-JAM-EPG |
| Plaintiff, | **ORDER DISMISSING DEFENDANT SERGEANT LUIS WITHOUT PREJUDICE** |
| vs. | |
| CORRECTIONAL OFFICER RODRIGUEZ, CORRECTIONAL OFFICER HALL, SERGEANT LUIS, and Does 1 through 20, individually, and in their official capacities, | |
| Defendants. | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that defendant SERGEANT LUIS will be dismissed without prejudice from this complaint.

IT IS SO ORDERED.

Date: 2/23/2016              /s/ John A. Mendez
                             Hon. John A. Mendez
                             UNITED STATES DISTRICT COURT  JUDGE

1

[PROPOSED] ORDER