KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
TRACY S. HENDRICKSON, State Bar No. 155081
Supervising Deputy Attorney General
JON S. ALLIN, State Bar No. 155069
Supervising Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 322-3798
 Fax: (916) 324-5205
 E-mail: Jon.Allin@doj.ca.gov
*Attorneys for Defendants*
*Hall and Rodriguez*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **RACHEL SIMMONS,**<br><br>                              Plaintiff,<br><br>v.<br><br>**CORRECTIONAL OFFICER RODRIGUEZ, et al.,**<br><br>                              Defendants. | 1:15-cv-00818-JAM-EPG<br><br>**STIPULATION FOR SECOND EXTENSION OF TIME FOR DEFENDANTS TO FILE RESPONSE TO FIRST AMENDED COMPLAINT**<br><br>(No appearance requested.)<br><br>Judge:         Hon. John A. Mendez<br>Trial Date:    Not Set<br>Action Filed:  May 28, 2015 |

    1. The parties stipulate under Local Rule 144(a) to a fourteen-day extension of time for Defendants Hall and Rodriguez to respond to the first amended complaint.

    2. Good cause to extend time exists because counsel are meeting and conferring regarding the substance and potential resolution of Defendants' anticipated motion to dismiss as required by the Court's Order re Filing Requirements for Cases Assigned to Judge Mendez (ECF No. 14-1). Counsel have on multiple occasions discussed and exchanged correspondence regarding the claims and defenses in this action and in Plaintiff's parallel state-court action, *Simmons v. CO*

1

Stip. Ext. Time Resp. Plead. (1:15-cv-0081-JAM-EPG)

*Rodriguez, et al.*, No. 15C-0113, (Kings Co. Super. Ct. filed May 29, 2015), and have scheduled a further telephone conference for Monday, July 11, 2016.

    3. There has been one previous extension of time of twenty-eight days.  (ECF No. 27.)

    4. Under this stipulation, Defendants would have until July 22, 2016 to respond to the amended complaint.

Dated:  July 8, 2016

*/s/ Julia M. Young*
(as authorized on July 8, 2016)
JULIA M. YOUNG
*Attorney for Plaintiff*
*Rachel Simmons*

Dated:  July 8, 2016

KAMALA D. HARRIS
Attorney General of California
TRACY S. HENDRICKSON
Supervising Deputy Attorney General

*/s/ Jon S. Allin*

JON S. ALLIN
Supervising Deputy Attorney General
*Attorneys for Defendants*
*Hall and Rodriguez*

**IT IS SO ORDERED.**

Dated: July 8, 2016

/s/ John A. Mendez
John A. Mendez
United States District Judge

SA2015301245
12337903.doc

2