**LAW OFFICES OF JULIA M. YOUNG**
**JULIA M. YOUNG, SBN 225077**
4120 Douglas Blvd., Suite 306-494
Granite Bay, CA 95746
Tel: (916) 296-0786
Fax: (916) 914-1997
*juliayoung21@hotmail.com*
Attorney for Plaintiff
RACHEL SIMMONS

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL SIMMONS,<br><br>               Plaintiff,<br>vs.<br><br>CORRECTIONAL OFFICER RODRIGUEZ, CORRECTIONAL OFFICER HALL, SERGEANT LUIS, and Does 1 through 20, individually, and in their official capacities,<br><br>               Defendants. | Case No.: 1:15-cv-00818-JAM-EPG<br><br>**ORDER GRANTING REQUEST TO MOVE HEARING FOR MOTION FOR SUMMARY JUDGMENT TO APRIL 18, 2017** |

GOOD CAUSE APPEARING AND BY STIPULATION OF THE PARTIES, IT IS HEREBY ORDERED that the hearing for the motion for summary judgment is now scheduled to be heard on April 18, 2017, at 1:30 p.m. in Courtroom 6. Plaintiff's opposition shall be filed no later than April 4, 2017, and the reply brief shall be filed no later than April 11, 2017.

IT IS SO ORDERED.

Dated: 3/27/2017                                             /s/ John A. Mendez_____

                                                               Honorable John A. Mendez,
                                                               UNITED STATES DISTRICT JUDGE